NEW YORK WATER SERVICE CORPORATION, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued December 4, 1952; decided January 15, 1953.

*Denis M. Hurley, Corporation Counsel* (*William A. Marks* and *Seymour B. Quel* of counsel), for appellant.

*Milton S. Gould, George Trosk* and *Robert L. Boehm* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.